**UNITED STATES of America**

v.

**Moshe GOZLON–PERETZ, Appellant.**

**No. 89–5330.**

United States Court of Appeals,
Third Circuit.

Submitted Under Third Circuit Rule 12(6)
Oct. 16, 1989.

Decided Aug. 6, 1990.

Before BECKER, COWEN and SEITZ, Circuit Judges.

## ORDER AMENDING OPINION

The opinion in the above-captioned case, filed January 25, 1990, 894 F.2d 1402, is amended as follows:

On page 1405, col. 1, line 18, delete "supra at 86" and insert "Looking at the Law 52 Federal Probation 86, 86 (June 1988)". Because the Supreme Court has granted certiorari in this case, — U.S. —, 110 S.Ct. 3212, 110 L.Ed.2d 660, the Clerk is directed to certify a copy of the amendment to the slip opinion to the Clerk of the United States Supreme Court.